GARY M. RESTAINO
United States Attorney
District of Arizona

MARCUS SHAND
Assistant United States Attorney
Pennsylvania State Bar No. 323052
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Marcus.Shand@usdoj.gov
Attorneys for Plaintiff

FILED LODGED
RECEIVED COPY
DEC 10 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Luis Alfredo Medina Beltran,<br>2. Leonardo Medina Beltran,<br>3. Juan Angel Guerrero, and<br>4. Jesus Ortiz-Estudillo,<br>Defendants. | No. CR-24-2018-PHX-KML (DMF)<br>**INDICTMENT**<br>VIO: 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2<br>(Material False Statement During the Purchase of a Firearm, Aid and Abet)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about November 14, 2024, in the District of Arizona, Defendants LEONARDO MEDINA BELTRAN, JUAN ANGEL GUERRERO, and JESUS ORTIZ-ESTUDILLO did knowingly aid and abet LUIS ALDREDO MEDINA BELTRAN in knowingly making a false statement and representation in connection with the acquisition of a firearm to Baseline Pawn, which was intended and likely to deceive Baseline Pawn as to a fact material to the lawfulness of a sale of a firearm by Baseline Pawn, which is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect

to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Baseline Pawn, in that Defendant LUIS ALFREDO MEDINA BELTRAN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating he was the actual buyer or transferee of the firearms, and was not buying the firearms on behalf of another person, whereas in truth and fact, Defendant LUIS ALFREDO MEDINA BELTRAN knew that he was buying the firearms on behalf of Defendant JESUS ORTIZ-ESTUDILLO.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including, but not limited to, the following property involved and used in the offense:

- Century Arms International, VSKA, 7.62x39mm rifle, serial number SV7156211;
- Century Arms International, VSKA, 7.62x39mm rifle, serial number SV7155931;
- Century Arms International, VSKA, 7.62x39mm rifle, serial number SV7155953;
- Aero Precision, X-15, multi-caliber rifle, serial number X319060;
- Keltec, PF9, 9mm pistol, serial number RD657;
- Eight (8) Winchester, 9mm ball ammunition;
- Thirty-five (35) Lake City Army, 5.56mm ball ammunition; and
- $1,300.00 in U.S. currency.

If any forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: December 10, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
MARCUS SHAND
Assistant U.S. Attorney